UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
GROSSMAN ENTERPRISES, LLC,

                  Plaintiff,

            - against -

VISUAL CHINA GROUP CO. LTD d/b/a
CORBIS IMAGES; GETTY IMAGES, INC.;
BRANDED ENTERTAINMENT NETWORK,
INC.; SPLASH NEWS & PICTURE AGENCY,
LLC; and DOES 1-10,

                  Defendants.
---------------------------------------------------------------- x

No. 16-CV-8158

**GETTY IMAGES RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Getty Images (US), Inc., improperly sued as Getty Images, Inc., states that it is wholly owned by Getty Images, Inc., which in turn is wholly owned by entities that are not publicly traded. A majority of those not publicly traded entities are indirectly held by an affiliate of The Carlyle Group LP, which is a publicly traded Delaware limited partnership.

Dated: New York, New York
November 22, 2016

                                              Respectfully submitted,

                                              DAVIS WRIGHT TREMAINE LLP

                                              By: /s/ Samuel M. Bayard
                                                      Samuel M. Bayard

                                              1251 Avenue of the Americas, 21st Floor
                                              New York, NY  10020-1104
                                              (212) 489-8230 Phone
                                              (212) 489-8340 Fax

                                              *Attorneys for Getty Images (US), Inc.*